FILED
MAY 13 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8415

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| David MARTINEZ-Brito, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about May 12, 2008, within the Southern District of California, defendant David MARTINEZ-Brito, did knowingly and intentionally import approximately 25.39 kilograms (55.86 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_Hugo A. Leon_
Hugo A. Leon, Special Agent
Immigration and Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, MAY 13, 2008.

Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
David MARTINEZ-Brito

## STATEMENT OF FACTS

This complaint is based on the personal observations, investigation, and information furnished to U. S. Immigration and Customs Enforcement Special Agent Hugo A. Leon.

On May 12, 2008, at approximately 1432 hours, David MARTINEZ Brito, a United States citizen, entered the United States from Algodones, Mexico at the Andrade, California Port of Entry. MARTINEZ-Brito was the driver and sole occupant of a brown 1998 Pontiac Trans Sport minivan not bearing license plates. Customs and Border Protection (CBP) Officer James Williams was assigned to Vehicle Primary Lane One (1) of the Andrade Port of Entry when MARTINEZ-Brito approached.

CBP Officer Williams received a negative Customs declaration from MARTINEZ-Brito. CBP Officer Williams referred the Trans Sport and MARTINEZ-Brito to Vehicle Secondary for further examination.

In Vehicle Secondary, Canine Enforcement Officer (CEO) Edmond Renaud utilized his Human-Narcotic Detector Dog (HNDD). HNDD alerted to the rear floor area of the Trans Sport. CEO Renaud inspected the Trans Sport and discovered a non-factory compartment above the gas tank that contained several cellophane-wrapped packages. CEO Renaud probed one of the packages, producing a green, leafy, organic substance that field-tested positive for the indication of marijuana. A total of thirty-eight (38) packages were removed from the Trans Sport. The total weight of the packages was approximately 25.39 kilograms (55.86 pounds).

MARTINEZ-Brito was advised of his rights per Miranda and stated to Special Agent Leon that he understood his rights and was willing to make a statement without an attorney present. MARTINEZ-Brito admitted to knowledge of the marijuana found and admitted that he was to be paid $1,200.00 if successful in smuggling the marijuana into the United States. MARTINEZ-Brito also stated that he was previously apprehended and convicted for smuggling marijuana through the San Luis, Arizona Port of Entry.